DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBRA BELIVEAU,**
Appellant,

v.

**PERSHING MOBILE HOME SALES, INC.** d/b/a **GOLDEN PONDS**,
Appellee.

No. 4D2025-1965

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary Sweet, Judge; L.T. Case No. 562024CA000485AXXXHC .

Jon Jacob Hepburn Ashenback of Tuttle Larsen, P.A., Vero, for appellant.

Daniel Stuart Weinger of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***